UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Deborah Trapp,<br><br>        Plaintiff,<br>v.<br><br>One Main Financial Services, Inc.,<br><br>        Defendant. | Civil Action No.: 4:16-cv-00511-ALM |

## ORDER GRANTING NOTICE OF WITHDRAWAL

Having reviewed the Plaintiff's Notice of Withdrawal and for good cause shown, it is hereby ORDERED this case be dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 9th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE